```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
TRUSTEES FOR THE MASON TENDERS DISTRICT                            :
COUNCIL WELFARE FUN, PENSION FUND, and                             :
TRAINING PROGRAM FUND, et al.                                      :    25-CV-3612 (JMF)
                                                                   :
                        Petitioners,                               :    ORDER
                                                                   :
        -v-                                                        :
                                                                   :
                                                                   :
GRAVITY CONSTRUCTION CORP.,                                        :
                                                                   :
                        Respondent.                                :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On April 30, 2025, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **May 23, 2025**. Respondent's opposition, if any, is due on **June 13, 2025**. Petitioners' reply, if any, is due **June 20, 2025**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **May 23, 2025**, and shall file an affidavit of such service with the court no later than **May 26, 2025**.

SO ORDERED.

Dated: May 2, 2025
       New York, New York                         _____
                                                        JESSE M. FURMAN
                                                     United States District Judge