UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
TRUSTEES FOR THE MASON TENDERS DISTRICT
COUNCIL WELFARE FUN, PENSION FUND, and
TRAINING PROGRAM FUND, et al.,

                         Plaintiffs,

    -v-

GRAVITY CONSTRUCTION CORP.,

                         Defendant.
---------------------------------------------------------------------X

25-CV-3612 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's May 20, 2025 Order, ECF No. 12, Petitioners were required to file additional materials in support of their petition by July 22, 2025. To date, Petitioners have not filed those materials. In addition, the Court's prior orders, *see* ECF Nos. 5, 12, required Petitioners to file an affidavit of service indicating that those orders were served on Respondent. Petitioners' Affidavit of Service, ECF No. 13, does not indicate that those orders were served. As a courtesy, the deadlines for both Petitioners' additional materials and to show service of the Court's orders on Respondent are hereby EXTENDED, *nunc pro tunc*, to **July 29, 2025**. Failure to comply with this Order may result in dismissal of the case for failure to prosecute or sanctions.

      SO ORDERED.

Dated: July 24, 2025
       New York, New York

                                                            JESSE M. FURMAN
                                                      United States District Judge