UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES FOR THE MASON TENDERS DISTRICT
COUNCIL WELFARE FUND, PENSION FUND, and
TRAINING PROGRAM FUND, et al.,

                Petitioners,

-v-

GRAVITY CONSTRUCTION CORP,

                Respondent.
------------------------------------------------------------------X

25-CV-3612 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      On April 30, 2025, Petitioners filed a Petition to Confirm Arbitration. ECF No. 1. On May 2, 2025, the Court directed Petitioners to submit any additional materials in support of the Petition by July 22, 2025. ECF No. 5. On July 25, 2025, Petitioners filed a memorandum in support of the Petition, but the memorandum is incorrectly formatted and clearly incomplete, ECF Nos. 16. No later than **August 20, 2025**, Petitioners shall file a corrected version of their memorandum.

      SO ORDERED.

Dated: August 18, 2025
       New York, New York

                                      JESSE M. FURMAN
                                      United States District Judge