UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
TRUSTEES FOR THE MASON TENDERS :
DISTRICT COUNCIL WELFARE FUND, :
PENSION FUND, ANNUITY FUND, and :
TRAINING PROGRAM FUND, and ANNA :
GUTSIN, in her fiduciary capacity as Director, :
                                                              :
                      and :                  Civil Action
                                                              :                  No. 25 CV 03612(JMF)
DAVID BOLGER, as Business Manager :
of the MASON TENDERS DISTRICT COUNCIL :       ECF CASE
OF GREATER NEW YORK, :
              Petitioners, :
                                              :                  **JUDGMENT**
               -against- :
                                                 :
GRAVITY CONSTRUCTION CORP., :
              Respondent. :
------------------------------------------------------------- x

        The Trustees for the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund the Mason Tenders District Council of Greater New York (hereinafter "Petitioners") having commenced this action on April 30, 2025 by filing a petition to confirm and enforce the May 26, 2024 arbitration award of Joseph Harris ordering Gravity Construction Corp. (hereinafter "Respondent") to pay Petitioner trust funds $1,256,605.33 ( the "Award") in delinquent fringe benefit contributions and other monies covering the period July 5, 2021 through April 2, 2023; and Respondent having failed to appear, answer or otherwise move with respect to the Petitioners seeking enforcement and confirmation of the Award; and in light of the fact that the court is being asked to confirm and enforce the Award; it is now

**ORDERED, ADJUDGED AND DECREED**, that there is no material issue of fact that would prevent the court granting Petitioners' motion, and the Award of Joseph Harris dated May 26, 2024, is hereby confirmed in all respects; and it is further

**ORDERED, ADJUDGED AND DECREED**, that Petitioners shall have judgment against Respondent. in the remaining amount due under Award which is $767,085.36; and it is further

**ORDERED, ADJUDGED AND DECREED**, that interest accrue at the legal rate on the damages herein from the date of entry of judgment until the judgment is paid.

Dated: August 21, 2025
       New York, NY

_____
JESSE M. FURMAN, U.S.D.J.

The Clerk of Court is directed to close the case.